IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3023 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JUAN NILA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's motion for release, (filing no. 99), is granted.

2) The defendant shall comply with all terms and conditions of his supervised release which were imposed at sentencing except as follows:

> On December 20, 2011, the defendant shall be released to reside at Seekers of Serenity Place, Columbus, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of his treatment plan and all rules of the Seekers of Serenity Place facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain him pending a prompt hearing before the court.

3) The Marshal shall transport the defendant to the Lincoln Federal Building holding area on December 20, 2011. From that location, the defendant shall be released to either his counsel or record, John S. Berry, or to a representative of Seekers of Serenity Place for transport to Seekers of Serenity Place. The defendant shall be available for release and released from the Lincoln Federal Building holding area no later than 11:00 a.m. for his scheduled arrival at Seekers of Serenity Place at 1:00 p.m.

4) At the time of defendant's release to treatment, the U.S. Marshal's office shall provide him with a 30-day supply of any currently prescribed medication.

December 19, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge