IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:08CR3023 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JUAN NILA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1)    The defendant's unopposed motion, (filing no. 103), is granted.

2)    The defendant's conditions of pretrial release are amended as follows:

The defendant shall transition to The Link Halfway House, 1001 W. Norfolk Ave, Norfolk, NE 68701 immediately upon completion of his treatment at Seekers of Serenity. The defendant shall fully comply with the requirements and all rules of the The Link Halfway House facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of The Link Halfway House without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain him pending a prompt hearing before the court.

DATED this 20th day of January, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge